Ryerson v. Grover et al.

pelled to maintain him ; and if they can afterwards find any other person who is liable to perform this duty, to obtain redress from him, than to impose this upon the township in which no right has been gained but by intrusion.

[392] We are therefore of opinion the order of Sessions reversing that of the two justices, be quashed, and the order of the justices affirmed.

Order of Sessions quashed.

CITED in *Overseers of Franklin* [v. *Overseers of Bridgewater, Spenc.* 567.

---

RYERSON v. GROVER AND ANOTHER.

It is not necessary for the party making a motion for a new trial to give notice of it to the opposite party, or to file the reasons for the application.

---

On a rule to show cause why a new trial should not be granted.

*Griffith* moved, this term, to discharge the above rule, which had been obtained in a preceding term, because no notice had been given of the grounds for the application, nor any reasons given or filed in vacation.

*Reed* and *R. Stockton, contra.*

KINSEY, C. J. Where these motions are founded once upon reasons given, they are argued twenty times without.

Motion refused.

---

THE STATE v. STOKES.

If defendant has no notice of an inquisition of forcible entry and detainer, it is a fatal defect.

2 F